DAVID M. KIRSCH, ESQ. [Cal. SBN 106788]
Attorney at Law
Ten Almaden Boulevard
Suite 1250
San Jose, CA 95113-2233
Telephone:  (408) 298-5500
Facsimile:  (408) 298-5706
E-mail:  dkirsch@etaxlitigator.com

Attorney for Plaintiffs

**FILED**

SEP 2 6 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# United States District Court
## For the Northern District of California
### (San Jose Division)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff.<br><br>vs.<br><br>STEVEN FRANK BOITANO,<br><br>          Defendant. | Case No. CR 11 0585 EJD HRL<br><br>**STIPULATION AND ORDER RE: TRAVEL** |

THE PARTIES STIPULATE that defendant, STEVEN FRANK BOITANO, may travel in the Northern District of California, ~~and~~ the Eastern District of California, AND SAN LUIS OBISPO COUNTY, without further order of this Court.

~~The parties stipulate further that defendant, STEVEN FRANK BOITANO, may travel to Wyoming on October 7, 2011 to October 9, 2011.~~

The parties stipulate further that defendant, STEVEN FRANK BOITANO, may travel to Washington on January 12, 2012 to January 15, 2012.

Respectfully Submitted,

September 26, 2011

_____
DAVID M. KIRSCH
Attorney for Defendant

Stipulation and Order re: Travel
Case No. CR 11 0585 EJD HRL

```
 1                                    MELISSA HAAG
                                      United States Attorney
 2

 3      September 24, 2011             _____
                                       Thomas Moore
 4                                     Assistant United States Attorney
                                       Tax Division
 5

 6

 7
            IT IS SO ORDERED.
 8                                     _____
 9      September 26, 2011
                                       EDWARD J. DAVILA
10                                     United States District Judge
```

28  Stipulation and Order re: Travel
    Case No. CR 11 0585 EJD HRL