1  **DAVID M. KIRSCH, ESQ.** [Cal. SBN 106788]
   Attorney at Law
2  Ten Almaden Boulevard
   Suite 1250
3  San Jose, CA 95113-2233
   Telephone:    (408) 298-5500
4  Facsimile:    (408) 298-5706
   E-mail:       dkirsch@etaxlitigator.com
5
   Attorney for Plaintiffs
6
                    United Stated District Court
7
                For the Northern District of California
8
                        (San Jose Division)
9

| UNITED STATES OF AMERICA, | Case No. CR 11 0585 EJD HRL |
|---|---|
| Plaintiff. | |
| vs. | **STIPULATION AND ORDER RE: TRAVEL** |
| STEVEN FRANK BOITANO, | |
| Defendant. | |

The parties stipulate that defendant, STEVEN FRANK BOITANO, may travel to San Bernadino and Riverside, California on July 27, 2012 to July 30, 2012. Mr. Boitano's son has a college project involving study of desert wildlife. He is a student at Cal. Poly San Luis Obispo. Mr. Boitano wishes to accompany his son to the remote areas where this project will take place. Respectfully Submitted,

July 26, 2012                    \S\   *David M. Kirsch*
                                 DAVID M. KIRSCH
                                 Attorney for Defendant

                                 MELISSA HAAG
                                 United States Attorney


July 26, 2012                    */S/ Thomas Moore*
                                 THOMAS MOORE
                                 Assistant United States Attorney

Stipulation and Order re: Travel
Case No. CR 11 0585 EJD HRL

Tax Division

IT IS SO ORDERED.   The travel request is GRANTED.

July  26 , 2012

_____
EDWARD J. DAVILA
United States District Judge

Stipulation and Order re: Travel
Case No. CR 11 0585 EJD HRL