**DAVID M. KIRSCH, ESQ.** [Cal. SBN 106788]
Attorney at Law
Ten Almaden Boulevard
Suite 1250
San Jose, CA 95113-2233
Telephone:     (408) 298-5500
Facsimile:      (408) 298-5706
E-mail:          dkirsch@etaxlitigator.com

Attorney for Plaintiffs

United Stated District Court

For the Northern District of California

(San Jose Division)

| UNITED STATES OF AMERICA,<br><br>                              Plaintiff.<br><br>vs.<br><br>STEVEN FRANK BOITANO,<br><br>                              Defendant. | Case No. CR 11 0585 EJD HRL<br><br>**STIPULATION AND ORDER RE: TRAVEL** |
|---|---|

   The parties stipulate that defendant, STEVEN FRANK BOITANO, may travel to San Bernadino and Riverside, California on September 10, 2012 to September 13, 2012. Mr. Boitano's son has a college project involving study of desert wildlife. He is a student at Cal. Poly San Luis Obispo. Mr. Boitano wishes to accompany his son to the remote areas where this project will take place.

                                                            Respectfully Submitted,


September 10, 2012          */s/ David M. Kirsch*
                                            DAVID M. KIRSCH
                                            Attorney for Defendant

                                            MELISSA HAAG
                                            United States Attorney


September 10, 2012           */s/ Thomas Moore*

Stipulation and Order re: Travel
Case No. CR 11 0585 EJD HRL

1  
2     THOMAS MOORE  
    Assistant United States Attorney  
    Tax Division  
3  
4  
    IT IS SO ORDERED.  
5  
6  September  11 , 2012  
    _____  
7      EDWARD J. DAVILA  
    United States District Judge

Stipulation and Order re: Travel  
Case No. CR 11 0585 EJD HRL