**DAVID M. KIRSCH, ESQ.** [Cal. SBN 106788]
Attorney at Law
Ten Almaden Boulevard
Suite 1250
San Jose, CA 95113-2233
Telephone:     (408) 298-5500
Facsimile:     (408) 298-5706
E-mail:        dkirsch@etaxlitigator.com

Attorney for Plaintiffs

United Stated District Court

For the Northern District of California

(San Jose Division)

| UNITED STATES OF AMERICA,<br><br>Plaintiff.<br><br>vs.<br><br>STEVEN FRANK BOITANO,<br><br>Defendant. | Case No. CR 11 0585 EJD HRL<br><br>**STIPULATION AND ORDER RE: TRAVEL** |
|---|---|

The parties stipulate that defendant, STEVEN FRANK BOITANO, may travel to San Bernadino and Riverside, California on April 19, 2013 to April 22, 2013. Mr. Boitano's son has a college project involving study of desert wildlife. He is a student at Cal. Poly San Luis Obispo. Mr. Boitano wishes to accompany his son to the remote areas where this project will take place.

Respectfully Submitted,

April 10, 2013

*/s/ David M. Kirsch*
DAVID M. KIRSCH
Attorney for Defendant

MELISSA HAAG
United States Attorney

April 10, 2013

*/s/ Michael Pitman*
MICHAEL PITMAN
Assistant United States Attorney
Tax Division

Stipulation and Order re: Travel
Case No. CR 11 0585 EJD HRL

1
2
3   IT IS SO ORDERED.   Defendant's travel request is GRANTED.

4   April 11, 2013
    _____
    EDWARD J. DAVILA
5   United States District Judge

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Stipulation and Order re: Travel
Case No. CR 11 0585 EJD HRL