United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| USA,<br>        Plaintiff,<br>v.<br>STEVEN F. BOITANO,<br>        Defendant. | Case No. 5:11-cr-00585-EJD-1<br><br>**ORDER DENYING MOTION TO EXPUNGE**<br><br>Re: Dkt. No. 157 |

On July 13, 2016, Defendant Steven F. Boitano filed a motion to expunge the record of all felony conviction information. Defendant asserts that even though his felony conviction was reversed on appeal, the FBI Criminal Justice Information System ("CJIS") indicates that he is a felon. The FBI will not change and/or correct this information without a court order.

It is unsettled whether a district court has inherent power to expunge. *See U.S. v. Smith*, 940 F.2d 395 (9th Cir. 1991). Assuming without deciding that this court does have inherent power to expunge, the motion is DENIED because expunging the felony conviction record information may not resolve Defendant's issue and may cause more confusion. The record shows that the felony convictions against Defendant were reversed on appeal (Dkt. No. 150) and thereafter the court dismissed the felony counts at the request of the government (Dkt. No. 155). In lieu of expunging these records, the Clerk of Court is directed to forward a copy of this Order, as well as Docket Entry Nos. 150, 152, and 155, on the FBI CJIS Division, 1000 Custer Hollow Rd., Clarksburg, WV 26306 with this court's recommendation that the FBI update the CJIS to reflect

Case No.: 5:11-cr-00585-EJD-1
ORDER DENYING MOTION TO EXPUNGE

1

that Defendant is not a convicted felon.

**IT IS SO ORDERED.**

Dated: April 15, 2019

_____
EDWARD J. DAVILA
United States District Judge